**FILED**
April 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN DARLING, )<br>)<br>Defendant. ) | Case No. MAG. 08-0155 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KEVIN DARLING</u>, Case No. <u>MAG. 08-0155 DAD</u>, Charge <u>Title 21 USC §§ 841; 8446: 18 USC § 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 100,000

        X Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    X (Other)  with pretrial supervision and conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 28, 2008</u> at <u>4:55</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge